# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

RAMIZA DURMIC, ET AL.,

V.

J.P. MORGAN CHASE BANK, NA,

SUMMONS IN A CIVIL CASE

CASE NUMBER: 1:10–CV–10380–RGS

TO: (Name and address of Defendant)

```
J.P. Morgan Chase Bank, NA
c/o CT Corporation System
155 Federal Street
Suite 700
Boston, MA 02110
```

**YOU ARE HEREBY SUMMONED** and required to serve on

```
Gary Klein
Roddy Klein & Ryan
727 Atlantic Ave., 2d Fl.
Boston, MA 02111
```

an answer to the complaint which is served on you with this summons, within 21 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**SARAH ALLISON THORNTON**

CLERK

/s/ -- Mary Cummings

(By) DEPUTY CLERK



ISSUED ON 2010–03–04 09:39:38.0, Clerk
USDC DMA

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me [1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of bode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify) : _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date                        *Signature of Server*

                                          _____
                                          *Address of Server*

**Suffolk County Sheriff's Department** • 151 Merrimac Street, Boston, MA 02114 • (617) 961-6999

*Suffolk, ss.*

April 23, 2010
I hereby certify and return that on 4/6/2010 at 1:50PM I served a true and attested copy of the Summons, Complaint and Cover Sheet in this action in the following manner: To wit, by delivering in hand to Darhlena Mitchell, Manager at CT Corporation System, agent and person in charge at the time of service for J.P. Morgan Chase Bank, NA, at CT Corporation System, 155 Federal Street, Suite 700 Boston, MA 02110. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $42.00

Deputy Sheriff John Cotter

John Cotter

*Deputy Sheriff*

6126001