**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **DONALD TREANNIE, HEATHER TREANNIE, JEAN LICATA, SHELBY VENUTI, MARK VENUTI, NATALIE LAYMAN, and ARSENIA RODRIGUES, on behalf of themselves and all others similarly situated,** | ) ) ) ) ) ) | |
| **Plaintiffs,** | ) ) | **Civil Action No. 1:10-CV-10380-RGS** |
| **v.** | ) ) ) | |
| **J.P. MORGAN CHASE BANK, NA, CHASE HOME FINANCE, LLC** | ) ) ) | |
| **Defendants.** | ) ) ) ) | |

**JOINT MOTION FOR NINETY-DAY STAY**

Plaintiffs Donald Treannie, Heather Treannie, Jean Licata, Mark Venuti, Shelby Venuti, Natalie Layman, and Arsenia Rodrigues, on behalf of themselves and all others similarly situated, and defendants JPMorgan Chase Bank, N.A. and Chase Home Finance LLC respectfully request that the Court stay this matter for 90 days to allow the parties time to conclude settlement discussions without simultaneously expending time and resources to litigate this action.

In support of this joint motion, the parties state as follows:

1.      The parties have been engaged in settlement discussions, including participation in a mediation conference before a mediator on April 13, 2011.

2.      The parties desire to continue settlement discussions to determine whether this dispute can be resolved without the need for further litigation.

3.      While these discussions continue, the parties desire to avoid the otherwise considerable time and costs in litigating this matter.

4.      For these reasons, the parties respectfully request that the Court stay all

pending deadlines for a period of 90 days.

5.      The parties have not previously sought any extension of deadlines in this

action based on settlement discussions.

6.      Each party reserves the right to seek an order lifting the stay in the event that

it believes that further negotiations would be fruitless.

*Wherefore*, the parties respectfully request that the Court stay this matter for 90 days.

Dated:     April 19, 2011              Respectfully submitted,

**Plaintiffs**,
Donald Treannie, Heather Treannie, Jean
Licata, Mark Venuti, Shelby Venuti, Natalie
Layman, and Arsenia Rodrigues, on behalf of
themselves and all others similarly situated,

By their attorneys,

   /s/ Gary Klein                                 _
Gary Klein, BBO #560769
Shennan Kavanagh, BBO #655174
Kevin Costello, BBO #669100
RODDY KLEIN & RYAN
727 Atlantic Avenue
Boston, MA 02111-2810
Tel: (617) 357-5500
Fax: (617) 357-5030
Klein@roddykleinryan.com
Kavanagh@roddykleinryan.com
Costello@roddykleinryan.com

Stuart Rossman, BBO #430640
Charles Delbaum, BBO #543225
NATIONAL CONSUMER LAW CENTER
7 Winthrop Square, 4th Floor
Boston, MA 02110
Tel: (617) 542-9595
Fax: (617) 542-8010

Michael Raabe, BBO #546107
NEIGHBORHOOD LEGAL SERVICES
170 Common Street, Suite 300
Lawrence, MA 01840
Tel: (978) 686-6900
Fax: (978) 685-2933

**Defendants**,
JPMorgan Chase Bank, N.A. and Chase Home
Finance LLC,

By their attorneys,

 /s/ Matthew A. Kane
Donn A. Randall (BBO No. 631590)
Matthew A. Kane (BBO No. 666981)
BULKLEY, RICHARDSON AND
GELINAS, LLP
125 High Street
Oliver Street Tower, 16th Floor
Boston, MA 02110
Telephone: (617) 368-2500
Facsimile: (617) 368-2525
drandall@bulkley.com
mkane@bulkley.com

OF COUNSEL:
Michael J. Agoglia (CA SBN 154810)
Wendy M. Garbers (CA SBN 213208)
Rita F. Lin (CA SBN 236220)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
magoglia@mofo.com
wgarbers@mofo.com
rlin@mofo.com

## CERTIFICATE OF SERVICE

I, Matthew A. Kane, hereby certify that a true and correct copy of the foregoing
document was served upon each other party or their counsel via the Court's CM/ECF system, or,
if not registered with the Court's CM/ECF system, then via first class mail, postage prepaid, on
April 19, 2011.

 /s/ Matthew A. Kane
Matthew A. Kane