

*EXHIBIT 1*

**Count**  157

| KCC Control # | First Name | Last Name | Secondary Borrower | Address 1 | Address 2 | City | State | Zip Code |
|---|---|---|---|---|---|---|---|---|
| 16775 | VICTOR M | AGUILERA | CLAUDIA M DEL HOYO | 9577 TUSCOLA CT | | LAS VEGAS | NV | 89148-4602 |
| 38631 | LEIGH A | AIKEN | JESSE L AIKEN | 140 BOARDWALK LN | | LEXINGTON | NC | 27292-6959 |
| 13158 | AMRO A | ALBANNA | ROWENA L ALBANNA | PO BOX 5939 | | RIVERSIDE | CA | 92517-5939 |
| 25014 | ADOLFO G | ALVARADO JR | | 2521 MARSHALYNN WAY | | ELK GROVE | CA | 95758-7643 |
| 58487 | SHARI | AMIOT | | 300 MANILA AVE | | LONG BEACH | CA | 90814-3238 |
| 16347 | LINDA M | ANGELICCHIO | | 9576 W CHEROKEE AVE | | LAS VEGAS | NV | 89147-6704 |
| 65215 | KEITH | ANGSTADT | KRISTOPHER ANGSTADT | PO BOX 9152 | | FREDERICKSBRG | VA | 22403 |
| 36197 | G TOMI | ARBOGAST | | 41911 5TH ST STE 300 | | TEMECULA | CA | 92590-2730 |
| 23250 | JAMES C | AUCUTT | VICKI M AUCUTT | 402 S FRANKLIN ST | | OCONOMOWOC | WI | 53066-3630 |
| 30969 | JASON | BARRON | REBECCA A BARRON | 3053 MCCOOK WAY | | STOCKTON | CA | 95206-6426 |
| 65420 | THEODORE L | BARTON | | 412 S 9TH ST | | SAINT JOSEPH | MO | 64501-2716 |
| 26491 | CHARLES | BELLEFLEUR | DIANE BELLEFLEUR | 3830 NE INDIAN RIVER DR LOT 42 | | JENSEN BEACH | FL | 34957-4134 |
| 53084 | FRANK A | BIANCHETTI | MARY F BIANCHETTI | 366 KINDERKAMACK RD | | WESTWOOD | NJ | 07675-1675 |
| 44153 | DERYL W | BLACK | MARIA L BLACK | 901 E LOCUST ST | | BLOOMINGTON | IL | 61701-3326 |
| 43664 | LOIS | BLACKMAN | | 860 MAPLEDALE RD | | ORANGE | CT | 06477-1706 |
| 35902 | ROBERT B | BLEDSOE | | 2467 STATE ROUTE 10 APT 34 | | MORRIS PLAINS | NJ | 07950 |
| 2361 | PERRY LA | BORD | | 9133 TUDOR DR UNIT D201 | | TAMPA | FL | 33615-3772 |
| 18738 | MICHAEL | BUSH | CHRISTINE BUSH | 26906 INDIAN PEAK RD | | RANCHO PALOS VERDES | CA | 90275-2337 |
| 12917 | CHUCK L | CADMUS JR | | 326 PLEASANT VIEW AVE | | WILLOW STREET | PA | 17584-9703 |
| 42053 | MANUEL | CARCHI | | 3318 N OKETO AVE | | CHICAGO | IL | 60634 |
| 43014 | JAMES Q | CHANDLER | SHEILA A CHANDLER | 2716 MEDICINE BOW DR | | MODESTO | CA | 95355-4108 |
| 5936 | JOY M | CHIN | GREGORIO J CHIN | 4342 APPALOOSA WAY | | MONTCLAIR | CA | 91763-4174 |
| 13710 | THERESA | CLAMPITT | | 7009 CEDAR KNOLL DR | | SELLERSBURG | IN | 47172-9479 |
| 35087 | CHERYL L | CLARK | | 15512 W 92ND PL | | LENEXA | KS | 66219-1922 |
| 43547 | CARLOS | COELLO JR | VALERIE COELLO | 13255 87TH ST N | | WEST PALM BEACH | FL | 33412-2356 |
| 56364 | WAYNE S | COHEN | LINDA M COHEN | 121 ROBBINS RD | | ROXBURY | NY | 12474-1551 |
| 43637 | CARRIE J | COLEMAN | | 4606 S LAKE PARK AVE APT 201S | | CHICAGO | IL | 60653-4683 |
| 33692 | DEREK | COLVIN | SHERRI A COLVIN | 5400 N GRAND BLVD STE 210 | | OKLAHOMA CITY | OK | 73112-5692 |
| 25742 | MICHAEL JOSEPH | CORTES | | 33 REDAN DR | | SMITHTOWN | NY | 11787-4409 |
| 41655 | HERMAN W | DATCHO | | 224 NW 80TH AVE | | MARGATE | FL | 33063-4736 |
| 16676 | LINDA L | DAVIS | JOHN G DAVIS | 386 EVERGREEN DR | | BRICK | NJ | 08723-4924 |
| 41499 | WILLIAM | DELEON LOPEZ | | 43511 GRANGE ST | | LANCASTER | CA | 93535-5510 |
| 12166 | JUSTIN M | DENAULT | | 1995 E 1630 NORTH RD | | WATSEKA | IL | 60970-7610 |
| 6700 | GORDON | DICKINSON | | 3525 273RD AVE NE | | ISANTI | MN | 55040-3715 |
| 36594 | ELIZABETH A | DICKSON | | 161 DEPOT RD | | GRAY | ME | 04039-9443 |
| 38707 | ARTHUR A | DIEHL | DIANNA D DIEHL | 677 CLINTON RD | | CHILLICOTHE | OH | 45601-8740 |
| 43200 | DANNY | DRAIN | LAURA SUTTON | 208 CARN ST | | WALTERBORO | SC | 29488-3965 |
| 38037 | DEREK VAN | EATON | SUSAN VAN EATON | 10480 KLINE ST | | WESTMINSTER | CO | 80021-3848 |
| 57061 | JIMMA | ELLIOTT-STEVENS | | 3500 KIDDER RD | | CLINTON | MD | 20735-4594 |

| KCC Control # | First Name | Last Name | Secondary Borrower | Address 1 | Address 2 | City | State | Zip Code |
|---|---|---|---|---|---|---|---|---|
| 32665 | RICK E | ELY | | 3622 AVIS LN | | HAMILTON | MI | 49419-8555 |
| 60488 | SHELLEY A | ERICKSON | JOHN E ERICKSON | 5421 PEARL AVE SE | | AUBURN | WA | 98092-8353 |
| 25110 | ANDREW J | ERVIN | | 12722 MANOR RD | | GLEN ARM | MD | 21057-9600 |
| 35248 | | | SOONY CHOI AKA SOONY SANDORE | 10525 ILONA AVE | | LOS ANGELES | CA | 90064-2312 |
| 21842 | CHARLES | FARRELL | | 127 LANGLEY RD | | NEWTON CENTER | MA | 02459-2064 |
| 21343 | NUZHAT | FATIMA | | 49 W ANN ST APT 2B | | LOMBARD | IL | 60148-3843 |
| 22668 | DEBRA | FLOCCO | | 36 ACKERMAN PL | | NYACK | NY | 10960-2106 |
| 38367 | RICKY G | FRY | WENDY L FRY | 29968 STATE HIGHWAY Y | | JONESBURG | MO | 63351-2916 |
| 62191 | ROBERT A | GABRIS | | 172 CONCORD DR | | WATERTOWN | CT | 06795 |
| 6333 | MILTON | GALBREATH | CHARLOTTE GALBREATH | 1711 SAINT ANDREWS DR | | OVILLA | TX | 75154-5838 |
| 17161 | JAMES F | GILL | KATHLEEN W GILL | 6383 CASEY RD | | FALLON | NV | 89406-5808 |
| 26675 | JESSE M | GILLILAND | AMY J GILLILAND | 256 FRAHM PIKE | | CELINA | OH | 45822-8739 |
| 21841 | ROGER C | GILLIS | | 2823 PATTERSON AVE | | KEY WEST | FL | 33040-4047 |
| 9734 | MARC AARON | GOLDBACH | | 11501 NORINO DR | | WHITTIER | CA | 90601-2202 |
| 58975 | DAVID K | GOODKIN | SUSAN SCHRAGER | PO BOX 1947 | | FRAZIER PARK | CA | 93225-1947 |
| 27478 | ROBERT | GOODMAN | | 4685 N THORNE AVE | | FRESNO | CA | 93704-2930 |
| 23868 | JOE | GOSCHIE | TERI GOSCHIE | 2127 KINGFISHER WAY | | EUGENE | OR | 97401-1913 |
| 35512 | CHARLES CARL | GRILLO | | 1336 MADISON ST | | DENVER | CO | 80206-2696 |
| 9707 | NOEL B | HABEREK | | 1329 AUDUBON RD | | GROSSE POINTE PARK | MI | 48230-1153 |
| 28253 | TERRY W | HASKINS | CYNTHIA E HASKINS | 404 BLUE HERON CT | | EDGEWOOD | MD | 21040-3610 |
| 35431 | DAWN | HAUSER | | 601 W 113TH ST | | KANSAS CITY | MO | 64114-5208 |
| 9719 | CARLOS A | HERNANDEZ | | 1004 GRANDVIEW AVE | | ROSEMEAD | CA | 91770-4249 |
| 1118 | ROBERT M | HILL | MARY ELLEN HILL | 97 SHORE DR | | NOTTINGHAM | NH | 03290-4946 |
| 20246 | DAVID | HIXSON | ALISON HIXSON | 1880 CASH CANYON RD | | CHATTANOOGA | TN | 37419-1130 |
| 17706 | ANDREW C | HOOVER | MARY ANN HOOVER | 7314 WENTWOOD DR | | DALLAS | TX | 75225-4631 |
| 29647 | MAURICE C | HOWARD | SHARON M HOWARD | 503 N JACKSON ST | | WILMINGTON | DE | 19805-3240 |
| 12209 | DAVID G | HOWELL | ROBIN L HOWELL | 1196 W GOLD ST | | KUNA | ID | 83634-1867 |
| 21038 | MICHELE V | HUNT | | PO BOX 2457 | | WINSTON | OR | 97496-2457 |
| 67041 | JOANNE | HUNTER | | 404 E J ST | | ERWIN | NC | 28339 |
| 32938 | BERT | HUTCHINS | DEBORAH MACKALL | 3611 S NEWPORT WAY | | DENVER | CO | 80237-1241 |
| 48575 | KATHY | IVEY | | 600 GOLDEN HARVEST RD | | KNOXVILLE | TN | 37934-4738 |
| 30142 | AOLA | JACKSON | WILLIE JACKSON | 313 W CLINTON ST | | ELMIRA | NY | 14901-2411 |
| 45751 | LINDA | JACKSON | | 609 MONTE CRISTO BLVD | | TIERRA VERDE | FL | 33715-2006 |
| 44713 | TEMIKA G | JARRETT | | 3048 ARABIAN WOODS DR | | LITHONIA | GA | 30038-2409 |
| 22927 | WILLIAM F | JORDAN | RITA J JORDAN | 6190 BERRYWOOD DR | | JACKSON | MS | 39213-7907 |
| 55760 | FERNANDO | JORGE | DULCE JORGE | 812 E 179TH ST | | BRONX | NY | 10460-1304 |
| 14940 | JAY A | JUBERT | | 213 9TH ST. | | SAINT AUGUSTINE | FL | 32080 |
| 56460 | FRANK J | KETSCHER | CAROL K KETSCHER | 33390 ANTELOPE LN | | SQUAW VALLEY | CA | 93675-9208 |
| 39082 | BRUCE | KHORDIPOUR | MINA KHORDIPOUR | 14 FARMERS RD | | KINGS POINT | NY | 11024-1106 |
| 943 | JAYNE M | KISZCAK | | 8212 NE 91ST ST | | VANCOUVER | WA | 98662-1826 |
| 31006 | JENNIE | KIZITO | | 17225 CELTIC ST | | GRANADA HILLS | CA | 91344-4833 |
| 17846 | ANGELA M | KRISHANA | | 10 ORCHARD LN | | FAIRFIELD | NJ | 07004-1928 |
| 9168 | | | MARIA DE LA TORRE | 4828 STILLWATER AVE | | LAS VEGAS | NV | 89110-1530 |
| 52848 | WILLIAM A | LAMANNA | PATRICIA S LAMANNA | 91 GOVERNOR DR | | GLENVILLE | NY | 12302-4801 |
| 33720 | ALVARO | LEAL | | PO BOX 4789 | | CLIFTON | NJ | 07015-4789 |
| 49729 | LALLA L | LILLEY | LELA M LILLEY | 551 LEMON ST | | LA HABRA | CA | 90631 |

| KCC Control # | First Name | Last Name | Secondary Borrower | Address 1 | Address 2 | City | State | Zip Code |
|---|---|---|---|---|---|---|---|---|
| 67047 | ROCHELLE | LURIE | | 41 AVALON RD | | HEWLETT | NY | 11557 |
| 2102 | DOMINICK | MACCHIA | | 70 PILGRIM LN | | WESTBURY | NY | 11590-6219 |
| 37439 | STEPHEN M | MACDONALD | | 67 HEMINGWAY ST | 69 | WINCHESTER | MA | 01890-1546 |
| 7096 | ABDOLVAHAB | MAJLESSI | | PO BOX 641384 | | LOS ANGELES | CA | 90064-6384 |
| 19000 | DEAN | MARCHESE | | 10017 PRESTWICH TER | | IJAMSVILLE | MD | 21754-9625 |
| 54471 | RITA F | MARCOTTE | CHRISTOPHE MARCOTTE | 55 MILL RD | | SEEKONK | MA | 02771-5410 |
| 26473 | TOMIKA A | MASON | | PO BOX 201057 | | MONTGOMERY | AL | 36120-1057 |
| 41089 | NORA | MASOUD | | 4541 CATHER AVE | | SAN DIEGO | CA | 92122-2633 |
| 9657 | WENDY J | MAUNU | | PO BOX 243 | | IDLEDALE | CO | 80453-0243 |
| 18751 | JOANN | MAY | | 20220 SORRENTO LN APT 111 | | PORTER RANCH | CA | 91326-4480 |
| 40699 | TODD | MAYER | LISA MAYER | 2901 PRENTISS DR | | VALPARAISO | IN | 46385-2891 |
| 16258 | TERESA | MCDONALD | | 8633 GRENADIER AVE S | | COTTAGE GROVE | MN | 55016-2778 |
| 28427 | RANDY | MCINTYRE | | 1020 CAPELLA CREEK WAY | | GRAYSON | GA | 30017-1577 |
| 1387 | DONALD W | MEEK | | 226 E MURRAY ST | | DENISON | TX | 75021-6625 |
| 51556 | CHARLES J | MILSTEIN | ELEANOR MILSTEIN | 4310 CENTENNIAL STA | | WARMINSTER | PA | 18974-5471 |
| 65291 | BELINDA | MITCHELL | JOHN R MITCHELL IV | 10509 S VERNON AVE | | CHICAGO | IL | 60628 |
| 31969 | MAYDA M | MOREJON | | 4292 COLT LN | | WEST PALM BEACH | FL | 33406-2936 |
| 63113 | SCOTT A | MORRIS | | 3571 FAR WEST BLVD # 50 | | AUSTIN | TX | 78731-3064 |
| 303 | JULIE SIRI | NGU | BEN TAMUNO-KOKO | 13830 ELLIS PARK TRL | | CORONA | CA | 92880-3312 |
| 8178 | KEIR | NOVAK | MELISSA NOVAK | 231 GREEN MANOR TER | | WINDSOR LOCKS | CT | 06096-2737 |
| 23922 | HAROLD WAYNE | OGLES | | 55 KENTUCKY AVE | | SHARPSBURG | GA | 30277-6919 |
| 37219 | SAMUEL DALE | PASS | | 1143 FIRETOWER RD | | SELMA | NC | 27576-6886 |
| 30034 | BENNIE W | POOLE | CORNELIA W POOLE (DECEASED) | 229 DUPONT DR | | GREENVILLE | SC | 29607-9607 |
| 21244 | EMILIO | PORTILLO | | 3601 CROSS BEND RD | | PLANO | TX | 75023-5826 |
| 14792 | JANUSZ | PSTRAGOWSKI | | 5467 RABBIT FOOT RD | | EAST STROUDSBURG | PA | 18301-1132 |
| 32582 | MARIA CLARITA | QUIBELAN | | 48 SHADOW DANCE DR | | MILPITAS | CA | 95035-8721 |
| 16874 | DANIELLE C | RABOTEAU | | 3303 COUNTRY PARK LN | | FORT WAYNE | IN | 46815-6650 |
| 58315 | | | DEANNE J RECKLAUS | 10005 MARION AVE | | OAK LAWN | IL | 60453-3707 |
| 64394 | CHRISTOPHE A | ROBBINS | SARA L ROBBINS | 54 PEREZ XRD | | DEER ISLE | ME | 04627-3844 |
| 45224 | ALAN | ROGERSON | | 9512 N CENTRAL AVE | | PHOENIX | AZ | 85020-2032 |
| 35241 | JAMES C | RUSSELL | | 420 COLTON ST | | PITTSBURGH | PA | 15209-2314 |
| 29754 | DAVID L | RYAN | | 24138 MADEIRA LN | | MURRIETA | CA | 92562-5310 |
| 60467 | NICHOLAS J | SANDS | | 30 E 76TH ST APT 7A | | NEW YORK | NY | 10021-2766 |
| 62429 | PAUL W | SCANLON | | PO BOX 784 | | TAUNTON | MA | 02780-0784 |
| 1801 | JAMES H | SCHMIDTKE | KATHRYN M MUHME | 6888 KINGSBURY ST | | DEARBORN HEIGHTS | MI | 48127-2121 |
| 62868 | ELLEN JANE | SCHUSTER | | 3719 GILBERT AVE | | DALLAS | TX | 75219-4316 |
| 30347 | EDENIA | SCUDDER | | 1131 AUTUMN LEAF CT | | CARSON | CA | 90746-7454 |
| 32382 | RONALD B | SEILBACH | | 7951 W SANNA ST | | PEORIA | AZ | 85345-4807 |
| 54794 | JOSEPH | SENN | | 7695 BALL MILL RD | | ATLANTA | GA | 30350-4408 |
| 21951 | HOWARD H | SENZELL | KATHLEEN E SENZELL | 1037 SLATE DR | | SANTA ROSA | CA | 95405-8841 |
| 32164 | HEATHER | SETA | | 10248 KNOB HILL DR | | FLORENCE | KY | 41042-3123 |
| 26396 | LISA | SHARDON | | 5015 W. HANOVER AVENUE | | DALLAS | TX | 75209 |
| 28533 | PHYLLIS M | SIMS-CHADWELL | | 947 949 ADAMS ST | | DORCHESTER | MA | 02124 |
| 44205 | ARTUR J | SKRZYPKOWSKI | | 728 N FERNANDEZ AVE | | ARLINGTON HEIGHTS | IL | 60004-5314 |
| 54448 | JUDY | SMITH | | 1144 S OAK CT | | GILBERT | AZ | 85233-8109 |
| 64256 | MARK | SMITH | BERNADETTE SMITH | PO BOX 50606 | | PALO ALTO | CA | 94303-0606 |

| KCC Control # | First Name | Last Name | Secondary Borrower | Address 1 | Address 2 | City | State | Zip Code |
|---|---|---|---|---|---|---|---|---|
| 46130 | ISFRAIN | SOTO | JANICE LAWS SOTO | 5360 SW 6TH PL | | MARGATE | FL | 33068-3028 |
| 14466 | SVETLANA | SPIRINA | | 4261 FIELDBROOK RD | | WEST BLOOMFIELD | MI | 48323-3211 |
| 37852 | IDA S | STANLEY | | 209 MORNINGSIDE DR | | FALLING WATERS | WV | 25419-4055 |
| 59352 | CATHY L F | STEPHENS | W L STEPHENS III | 2090 MARSHLAND DR | | CHARLESTON | SC | 29414-6214 |
| 62255 | ROBERT | STRAWDER | | 540 FORK MESA CT | | HENDERSON | NV | 89015-5705 |
| 28641 | THEODORA | SUAZO | | 77A CAMINO BAJO | | SANTA FE | NM | 87508 |
| 5754 | ANDRE | SULTON | | P.O. BOX 330-406 | | BROOKLYN | NY | 11233 |
| 35518 | IAN | SWATT | | 40 E 8TH ST | | CLIFTON | NJ | 07011-1102 |
| 44510 | JOHANNA | SWIDRAK | | 22916 MCGRATH RD | | BEND | OR | 97701-9717 |
| 9910 | EMMANUEL | TAMEN | | 4505 BRANDYWINE ST NW | | WASHINGTON | DC | 20016-4446 |
| 3270 | GUY V | TANNER | | 645 MONKS GROVE CHURCH RD | | SPARTANBURG | SC | 29303-4650 |
| 30562 | ANTHONY G | TAYLOR | | 1212 S 21ST ST | | LAFAYETTE | IN | 47905-2029 |
| 57671 | VIRGINIA | TINNEY | | 46 HIGHLAND DR | | DUNDEE | NY | 14837-1038 |
| 55324 | NICHOLAS | TIRABASSI | | 16 MARLBORO LN | | BELL CANYON | CA | 91307-1026 |
| 43315 | DEBRA | TOUSSAINT | | 2280 WARDLOW CIR STE 255 | | CORONA | CA | 92880-2884 |
| 36784 | SENORA | WAITERS | | 5312 HOLDEN ST | | N CHARLESTON | SC | 29418-5824 |
| 7438 | NAOMI M | WALKER | | PO BOX 1784 | | BRANDON | FL | 33509-1784 |
| 33874 | OLLIE | WALLER | | 4257 DABNY DR | | INDIANAPOLIS | IN | 46254-1945 |
| 27992 | JEFF M | WHEELER | SHERI L WHEELER | 53 VIA DE LA VALLE | | LAKE ELSINORE | CA | 92532-0125 |
| 26387 | JEAN C | WILCOX | | 57 BAMBOO | | IRVINE | CA | 92620-3336 |
| 60695 | GLENDA | WILLIAMS | | 466 PUTNAM AVE | | BROOKLYN | NY | 11221-1003 |
| 30476 | AUDREY | WILSON | | 3113 SANTA MARGARITA RD | | WEST PALM BEACH | FL | 33411-6451 |
| 13956 | ROGER | WIMBERLY | | 392 WILSON RD | | CENTRAL POINT | OR | 97502-3038 |
| 6879 | VICKI L | WORSHAM | JOYCE WORSHAM | 739 EDMONDSON RD NW | | MONROE | GA | 30656-4815 |
| 66160 | BARBARA | YARDE | | 336 CANE CREEK DR | | STOCKBRIDGE | GA | 30281-5959 |
| 30742 | ROBERT M | ZIMMER | PAULA J ZIMMER | 568 W RIVER RD | | MUSKEGON | MI | 49445-1071 |